PAMELA D. JOHNSON *v.* CONNECTICUT STATE BOARD OF EXAMINERS FOR NURSING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 30121) is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Pamela D. Johnson,* pro se, in support of the petition.

*Kerry Anne Colson,* assistant attorney general, in opposition.

Decided January 29, 2009

GABRIEL BLOOMFIELD *v.* COMMISSIONER OF CORRECTION

The petitioner Gabriel Bloomfield's petition for certification for appeal from the Appellate Court, 111 Conn. App. 752 (AC 28993), is denied.

*Lisa A. Vanderhoof,* special public defender, in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided February 5, 2009